| Date | Pleading Number | |
|---|---|---|
| 1/23/74 | 1. | MOTION -- Alodex Corp., Wallace E. Johnson, Kemmons Wilson, request consolidation of A-1 and A-2 under Section 1407. No supporting brief ~~attached~~ or certificate of service -- notified that they are required. Only two copies filed. Complaints in both ~~cases~~ attached as exhibits. REQUESTED TRANSFEREE FORUM: W.D. TENNESSEE |
| 2/15/74 | 1a | ALODEX CORP., WALLACE JOHNSON, KEMMONS WILSON supporting brief w/ cert of service. Amended motion with complaints as exhibits in 3 cases (2 in S. Iowa and 1 in Minn.) |
| 2/25/74 | 2 | NORTHWEST GROWTH FUND, INC. response to motion w/cert. of service |
| 2/26/74 | | HEARING ORDER - Setting A-1, A-2 and A-3 for hearing, March 22, ~~1923~~ 1974 Denver, Colorado |
| ~~2/26/74~~ | 3 | ~~MARLIN COLE response, brief to motion w/cert. of service~~ |
| 3/1/74 | 4 | CONSTANCE BERLIN AND DAVID BERLIN response to motion w/cert. of service |
| 3/6/74 | 5 | ALODEX CORP. reply brief w/cert. of service |
| 3/18/74 | 6 | ALODEX CORP., WALLACE JOHNSON, KEMMONS WILSON request for continuance of hearing |
| 3/18/74 | | ORDER - Vacating Hearing Order entered 2/26/74/ Notified counsel |
| 4/1/74 | | HEARING ORDER - Setting A-1, A-2 and A-3 for hearing, April 26, 1974 Washington, D. C. |
| 4/19/74 | | HEARING ORDER - Amended to reflect the requested transferee district as the Western District of Tennessee |
| 4/26/74 | 7 | FILED IN OPEN COURT - Movants additional exhibits in support of transfer. |
| 7/18/74 | | CONSENT OF JUDGE HANSON for litigation to be transferred in the S. D. Iowa for coordinated or consolidated pretrial proceedings under 28 U.S.C. §1407 before Judge William C. Hanson |
| 7/18/74 | | OPINION AND ORDER transferring Minnesota action to the S.D. Iowa for corrdinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407 before Judge Hanson. |
| 5/5/75 | | MARLIN COLE V. ALODEX CORP., ET AL., W.D.TENN, C-75-171 CONSTANCE N. BELIN V. ALODEX CORP., W.D.TENN, C-75-164 CTO filed today. Notified counsel, involved judges/ |
| 5/20/75 | | MARLIN COLE V. ALODEX CORP., ET AL., W.D.TENN c-75-171 CONSTANCE N. BELIN V. ALODEX CORP., W.D.TENN C-75-164 CTO final today. Notified clerk, involved judge |

DOCKET NO. 165 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## Description of Litigation

### IN RE ALODEX CORPORATION SECURITIES LITIGATION

### Summary of Panel Action

Date(s) of Hearing(s) 4/26/74

Date(s) of Opinion(s) or Order(s) 7/18/74

Consolidation Ordered ____   Name of Transferee Judge  WILLIAM C. HANSON

Consolidation Denied ____   Transferee District  S.D. IOWA

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Marlin Cole v. Alodex Corp., et al. | S.D. Iowa Hanson | 73-245-2 | | | 6/15/77 | Alodex Mot. 1/23/74 |
| A-2 | Northwest Growth Fund, Inc. v. Alodex Corp., et al. | Minn. | 4-73-Civ-605 | 7/18/74 | 74-196-2 | 4/1/76 | " " |
| A-3 | Constance N. Belin, et al. v. Alodex Corp., et al. | S.D. Iowa Hanson | 74-14-2 | | | 10/12/78 4/25/77 | Amended Alodex Motion - 2/15/ |
| B-1 | Constance N. Belin, etc. v. Alodex Corp., et al. | W.D. Tenn Brown | C-75-164 | 5/20/75 | 75-141-2 | 4/25/77 | |
| B-2 | Marlin Cole v. Alodex Corp., et al. | W.D. Tenn Brown | C-75-171 | 5/20/75 | 75-140-2 | 4/25/77 | |

*Verified correct July 1976*

*Verified correct July 1977*

*July 1979 — Closed*

p. _____

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 165 -- IN RE ALODEX SECURITIES LITIGATION

| Plaintiff | Defendant |
|---|---|
| MARLIN COLE (A-1)<br>L. R. Voigts, Esquire<br>Nyemaster, Goode, McLaughlin,<br>  Emery & O'Brien<br>10th Flr., Hubbell Building<br>Des Moines, Iowa 50309<br><br>NORTHWEST GROWTH FUND, INC. (A-2)<br>Lawrence C. Brown, Esquire<br>Faegre & Benson<br>1300 Northwestern Bank Bldg.<br>Minneapolis, Minnesota 55402<br><br>CONSTANCE N. BELIN ET AL. (A-3)<br>Marvin J. Klass, Esquire<br>Theodore M. Wicher, Esquire<br>Robert D. Mishne, Esquire<br>830 Frances Building<br>Sioux City, Iowa 51101<br><br>B-1 (Same as A-3)<br><br>B-2 (Same as A-1) | ALODEX CORPORATION<br>WALLACE E. JOHNSON<br>KEMMONS WILSON<br>Timothy J. Walker, Esquire<br>~~John C. Eddy, Esquire~~<br>~~Merrick Scott Rayle, Esquire~~<br>Whitfield, Musgrave, Selvy,<br>  Kelly & Eddy<br>1400 Central Nat'l Bank Bldg.<br>Des Moines, Iowa 50309<br><br>~~HARRIS, KERR, FORSTER & CO.~~<br>~~Robert A. Johnson, Esquire~~<br>~~Johnson, Thompson, Klaverkamp~~<br>~~  & James. P.A.~~<br>~~4444 IDS Center~~<br>~~80 South Eighth Street~~<br>~~Minneapolis, Minnesota 55402~~<br><br>HARRIS, KERR, FORSTER & CO.<br>  Michael P. Joynt, Esq.<br>  Wasker, Sullivan, Weatcraft<br>    & Ward<br>  2100 Financial Center<br>  Des Moines, Iowa 50309 |

p. 1

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 165 -- IN RE ALODEX CORPORATION SECURITIES LITIGATION

### COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| ALODEX CORPORATION | A-2  B-1  B-2 |
| KLEMMONS WILSON | A-2  B-1  B-2 |
| WALLACE E. JOHNSON | A-2  B-1  B-2 |
| HARRIS, KERR, FORSTER & CO. | A-2  B-1  B-2 |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |